AMANDA G. HEBESHA #234214
TUCKER, CHIU, HEBESHA & WARD PC
642 Pollasky Avenue, Suite 230
Clovis, California 93612
Telephone: (559) 472-9922
Facsimile:  (559) 472-9892

Attorneys for **Defendants, GERRY A. HUDSON, in his individual and representative capacity as Trustee--Gerry A. Hudson Trust; and WHOLESALE EQUIPMENT OF FRESNO, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:14-CV-02054 |
| Plaintiff, | |
| vs. | **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;** |
| GERRY A. HUDSON, in his individual and representatives capacity as Trustee—Gerry A. Hudson Trust; WHOLESALE EQUIPMENT OF FRESNO, INC., a California corporation; and DOES 1-10, | **ORDER THEREON** |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO,** that due to settlement discussions between the parties, defendants GERRY A. HUDSON, in his individual and representatives capacity as Trustee--Gerry A. Hudson Trust and WHOLESALE EQUIPMENT OF FRESNO, INC., shall have an extension of up to and including November 17, 2014, within which to respond to the Complaint in the above-captioned matter.

Dated:  November 3, 2014.         TUCKER, CHIU HEBESHA & WARD PC

By:   */s/ Amanda G. Hebesha*
      AMANDA G. HEBESHA
      Attorneys for Defendants

///

*Signatures continued on next page…*

TUCKER, CHIU,
HEBESHA & WARD PC
642 POLLASKY AVE., # 230
CLOVIS, CA 93612

Dated: November 3, 2014.					CENTER FOR DISABILITY ACCESS

									By:	/s/ Phyl Grace
										PHYL GRACE
										Attorneys for Plaintiff

## **O R D E R**

IT IS SO ORDERED that defendants GERRY A. HUDSON, in his individual and representatives capacity as Trustee--Gerry A. Hudson Trust and WHOLESALE EQUIPMENT OF FRESNO, INC., shall have an extension of up to and including November 17, 2014, within which to respond to the Complaint herein.

Dated: November 6, 2014

_____
Troy L. Nunley
United States District Judge

TUCKER, CHIU, HEBESHA & WARD PC
642 POLLASKY AVE., # 230
CLOVIS, CA 93612

STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER THEREON