AMANDA G. HEBESHA #234214
TUCKER, CHIU, HEBESHA & WARD PC
642 Pollasky Avenue, Suite 230
Clovis, California 93612
Telephone: (559) 472-9922
Facsimile: (559) 472-9892

Attorneys for **Defendants, GERRY A. HUDSON, in his individual and representative capacity as Trustee--Gerry A. Hudson Trust; and WHOLESALE EQUIPMENT OF FRESNO, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:14-CV-02054 |
| Plaintiff, | |
| vs. | **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;** |
| GERRY A. HUDSON, in his individual and representatives capacity as Trustee—Gerry A. Hudson Trust; WHOLESALE EQUIPMENT OF FRESNO, INC., a California corporation; and DOES 1-10, | **ORDER THEREON** |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO,** that due to settlement discussions between the parties, defendants GERRY A. HUDSON, in his individual and representatives capacity as Trustee--Gerry A. Hudson Trust and WHOLESALE EQUIPMENT OF FRESNO, INC., shall have an extension of up to and including December 8, 2014, within which to respond to the Complaint in the above-captioned matter.

Dated: November 17, 2014.                TUCKER, CHIU HEBESHA & WARD PC

By:   /s/
       AMANDA G. HEBESHA
       Attorneys for Defendants

///

*Signatures continued on next page...*

TUCKER, CHIU, HEBESHA & WARD PC
642 POLLASKY AVE., # 230
CLOVIS, CA  93612

1    Dated:  November 17, 2014.         CENTER FOR DISABILITY ACCESS

                                        By:   /s/
                                              PHYL GRACE
                                              Attorneys for Plaintiff

## **O R D E R**

IT IS SO ORDERED that defendants GERRY A. HUDSON, in his individual and representatives capacity as Trustee--Gerry A. Hudson Trust and WHOLESALE EQUIPMENT OF FRESNO, INC., shall have an extension of up to and including December 8, 2014, within which to respond to the Complaint herein.

Dated:  November 18, 2014

                                        _____
                                        Troy L. Nunley
                                        United States District Judge

TUCKER, CHIU,
HEBESHA & WARD PC
642 POLLASKY AVE., # 230
CLOVIS, CA  93612

STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
ORDER THEREON