UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 23, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

SCOTT JOHNSON,

       Plaintiff,                            2:14-cv-02054-TLN-AC

   v.

GERRY A. HUDSON, and
WHOLESALE EQUIPMENT OF
FRESNO, INC.,

       Defendants.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON DECEMBER 23, 2014.**

                                            Marianne Matherly,
                                            Clerk of the Court

ENTERED:   December 23, 2014

                                            by:_____/s/_____
                                                Michele Krueger,
                                                Courtroom Deputy